IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT COURT OF OKLAHOMA

IN RE:

STATON, ANTHONY WAYNE

Debtor(s).

Case No. BK-07-11746-NLJ
Chapter 7

## DIVIDENDS REMITTED TO THE COURT

| CREDITOR | CLAIM NO | AMOUNT ALLOWED | AMOUNT PAID |
|---|---|---|---|
| American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 10 | 135.75 | 4.29 |
| REMITTANCE TOTAL: | | | $4.29 |

A check made payable to the Court Clerk is attached hereto.

DATE: August 10, 2010

SUSAN MANCHESTER, OBA #8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
CHAPTER 7 TRUSTEE

Claim 000010, Payment 3.16022%                    Case: 07-11746    Doc: 51    Filed BANK OF AMERICA, N.A.           CHECK NUMBER
American Express Bank FSB                         SUSAN MANCHESTER, TRUSTEE         32-1/1110 TX
c/o Becket and Lee LLP                            1100 N. SHARTEL                   0                                      1011
POB 3001                                          OKLAHOMA CITY, OK 73103
Malvern PA 19355-0701                                                                  DATE              AMOUNT

                                                                                      08/10/10        ************4.29

              2475616                         CASE NUMBER                                  ESTATE OF
                                              07-11746    NLJ     Debtor: STATON, ANTHONY WAYNE
       PAY TO THE ORDER OF

     United States Bankruptcy Court                                              Four Dollars And 29/100
     215 DEAN A. MCGEE AVE.
     OKLAHOMA CITY, OK 73102                                                     [signature]
                                                                                 RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
                                                                                      THIS CHECK VOID AFTER 90 DAYS

                      ⑈001011⑈ ⑆111000012⑆ 4437534145⑈

| Date: 08/10/10 | Check Number: 1011 | Amount: 4.29 |
|---|---|---|
| Case Number: 07-11746    NLJ  Debtor Name: STATON, ANTHONY WAYNE  SSN: 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 | | |
| Paid To: United States Bankruptcy Court  215 DEAN A. MCGEE AVE.  OKLAHOMA CITY, OK 73102 | Trustee: SUSAN MANCHESTER, TRUSTEE  1100 N. SHARTEL  OKLAHOMA CITY, OK 73103 | |
| Description: Claim 000010, Payment 3.16022%   American Express Bank FSB  c/o Becket and Lee LLP  POB 3001  Malvern PA 19355-0701 | | |
| Bank Account Number: 4437534145 | | |